IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-MJ-2003-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DUSTIN L. YEARY, | ) | |
|    Defendant. | ) | |

This matter is before the court on the government's motion to continue the hearing scheduled for January 7, 2016. For good cause shown, the motion [DE #26] is GRANTED.

Defendant's motion to suppress is hereby scheduled for an evidentiary hearing at **10:00 a.m. on January 27, 2016**, at the United States Courthouse Annex located at 215 S. Evans Street, Greenville, North Carolina. An administrative conference regarding trial procedures will be held following the evidentiary hearing.

The trial of this matter will commence with jury selection at **10:00 a.m. on January 28, 2016**, at the United States Courthouse located at 301 S. Evans Street, Greenville, North Carolina. Estimated trial time is 1-2 days. Counsel are reminded that any proposed voir dire or requests for jury instructions are due by Wednesday, **January 20, 2016**.

This 7th day of January 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge